IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS PALOS,

        Petitioner,               No. CIV S-07-1709 MCE KJM P

   vs.

D.K. SISTO, et al.,

        Respondents.       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6        United States District Court
        Eastern District of California
7        2500 Tulare Street
        Fresno, CA 93721

8

9  DATED:  August 30, 2007.

10                                                _____
                                                U.S. MAGISTRATE JUDGE

11

12  /ke
    palo1709.109
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2