UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PALOS, | 1:07-cv-01261-LJO-NEW-(DLB)- (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS** |
| D.K. SISTO, et al., | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:  **September 10, 2007**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE